UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-20283-Cr-Ungaro

UNITED STATES OF AMERICA

vs.

ROSELYN NICOLE CHARLES,
                Defendant.
_____/

## GOVERNMENT'S MOTION UNDER
## FED. R. CRIM. P. 35(b) FOR REDUCED SENTENCE

The United States of America files this motion for a reduction in the defendant's sentence under Rule 35(b) of the Federal Rules of Criminal Procedure. This motion is based upon the substantial assistance provided by the defendant in the recent trial of *United States v. Antonio Macli, et al.*, Case No. 11-20587-Cr-Scola(s). The government requests that the Court set the instant motion for a hearing. At such a hearing, the government will explain the basis for the requested reduction and the recommended amount of the requested reduction.

                                      Respectfully submitted,

                                      WIFREDO A. FERRER
                                      UNITED STATES ATTORNEY

               By:    /s/ Michael S. Davis
                     MICHAEL S. DAVIS
                     ASSISTANT U.S. ATTORNEY
                     FL BAR # 972274
                     99 N.E. 4th Street
                     Miami, Florida 33132
                     (305) 961-9027 (phone); (305) 530-6168 (fax)
                     E-mail: Michael.Davis2@usdoj.gov

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that I electronically filed a copy of this document with the Clerk using CM/ECF.

                                           /s/ Michael S. Davis
                                           MICHAEL S. DAVIS
                                           ASSISTANT UNITED STATES ATTORNEY